# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK STINSON**  **PLAINTIFF**
**REG #29908-076**

v.     **CASE NO. 2:20-CV-00187-BSM**

**B. SCHMIDT,** *et al.*   **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 8] are adopted. This case is dismissed without prejudice because Mark Stinson's amended complaint fails to state a claim upon which relief may be granted. The dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED, this 23rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE