IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**REG #29908-076**

v.　　　　　　　　　　**CASE NO. 2:20-CV-00187-BSM**

**B. SCHMIDT,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 23rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE